UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAMUEL JEWLER, *et al.*,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>DISTRICT OF COLUMBIA, *et al.*,  )<br>  )<br>    Defendants.  )<br>  ) | Case No. 1:12-cv-1843 (RWR) |

## ORDER

Upon consideration of the Consent Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint by Defendants Bank of America, N.A., Bank of America Corporation, and Joseph Massey (the "Bank Defendants"), it is this ____ day of _____, 20__, by the United States District Court for the District of Columbia, hereby:

ORDERED that the Bank Defendants Consent Motion for Extension of Time to Respond to Plaintiffs' Amended Complaint be and hereby is GRANTED; and it is further

ORDERED that Defendants Bank of America, N.A., Bank of America Corporation, and Joseph Massey shall have until and including February 28, 2013 to file a response to the Amended Complaint.

_____
Richard W. Roberts
United States District Judge