# ACLU Pressure Rolls Back Limits on Public Music Performance

★ *September 26, 2011*

The ACLU of the Nation's Capital has applauded two agencies, acting with ACLU encouragement, for reducing threats and limits on the freedom of "buskers," people who entertain the public in parks, streets and other public places and seek voluntary contributions in return.

In the first, the ACLU went into action after a Metropolitan Police Department officer threatened to arrest a solo musician, Bill Hassay, Jr., performing at the corner of Wisconsin and M Streets, N.W. The officer said the musician was blocking the sidewalk, since "pedestrians need the full width."   The ACLU pointed out to police officials from headquarters and the Second District (responsible for patrolling Georgetown) that the officer was misinterpreting a section of the District's disorderly conduct law, dating from 1892 but recently revised, that makes it a crime to "crowd, obstruct, or incommode" passage on a street or sidewalk. Council Member Mary Cheh (D-Ward 3) had earlier written the District's Attorney General that in revising the law the Council never intended it to be applied in the case of one person just standing on a sidewalk, only where the public is unable to move.

Hassay told the ACLU he has performed on sidewalks in many places around the country and elsewhere in the world. Video of Mr. Hassay playing on the Ocean City (Md.) boardwalk is available here and here.

After considering the presentation by ACLU Senior Staff Attorney Fritz Mulhauser, Assistant MPD Chief Groomes confirmed in an e-mail, "you are correct on your point -- [for there to be an arrest] the sidewalk must be blocked, not partially blocked, causing pedestrians to move into the roadway."

Mulhauser said, "The ACLU commends Assistant Chief Groomes and the 2D leadership for seeing no conflict between protecting the free expression of musicians playing on the sidewalk and assuring that residents and tourists have a good experience in Georgetown."

In a separate action, the National Park Service earlier published new rules that will open the National Mall to buskers also.

Until these new rules, United States Park Police regularly harassed musicians for violating a longstanding ban on any kind of "solicitation" in the Mall area.

For years the Park Service, fearful of opening the doors to panhandling and the likely tourist backlash, banned all forms of "solicitation," prohibiting even a musician's cap, bucket or open guitar case.  Declining to play for free, performers stayed away in droves—while complaining to the ACLU.

Hare Krishna groups won the right fifteen years ago to solicit donations within an area for which they had a permit, but musicians continued to be threatened with arrest by the Park Police if they simply played with an open container for donations.

ACLU staff attorney Carl Takei wrote to Department of the Interior legal officials explaining why buskers have a First Amendment right to busk in National Park Service areas and suggesting it was prepared to sue on behalf of musicians to ask the courts to declare that right.   The new rule finally makes clear what was previously only buried in a court case -- that anyone with a permit may solicit, and in general permits have been available hassle-free.

ACLU attorney Mulhauser, commenting on the rulemaking, said "This is a long-awaited milestone, as the Park Service now acknowledges the contribution of music to the public space and has published improved rules that allow busking or playing for donations."

"We thank all the patient musicians," he continued, "who told us their stories of years of problems with police on the Mall, as we worked to persuade the Park Service to revise the rules to comply with the Hare Krishna decision and open the door to busking."

The remaining requirement, that a single musician obtain a permit, is an unnecessary burden in the ACLU view.

In comments on the published rule, the ACLU reminded the Park Service that individual demonstrators don't need a permit and urged the rule be revised to eliminate any suggestion that solo solicitation permission is needed, so that police will finally and completely leave buskers alone, as "there is no justifiable reason for Park Police officers to be arresting buskers or threatening them with arrest for such harmless and constitutionally protected conduct."

Park Service officials are reviewing comments on the rules and say final rules will be published by the end of 2011.

UPDATE:  Didn't happen in 2011.  In March 2012 when the ACLU inquired again about progress reviewing comments and publishing a final rule, Park Service officials couldn't say when the text may emerge but estimated later in the month of May.

 Share | Topics: Freedom of Speech, News & Events

4301 Connecticut Ave NW, Suite 434    Washington, DC 20008-2368    (202) 457-0800
Copyright © 2008-2010 ACLU of the Nation's Capital. All rights reserved. PRIVACY POLICY
This site protects your information using the industry standard for security; all of your payment information is encrypted before transmission.

Website by

