UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL JEWLER, *et al.*,

        PLAINTIFFS

vs.

DISTRICT OF COLUMBIA, *et al.*,

        DEFENDANTS

Civil Action No. 1:12-cv-1843 (RWR)

## **DECLARATION OF BRIAN EISTER**

I, Brian Eister, state as follows:

1. On April 13, 2012, I was arrested for Blocking Passage while I was sitting on the sidewalk outside of a Bank of America branch at 1090 Vermont Ave., NW, Washington, DC as part of a protest.

2. I and other protesters were sitting in a row parallel and immediately next to the outer wall of the building. We were taking up approximately 2.5' of the approximately 40' width of the sidewalk. I was holding a cardboard sign on which a political message was written. I was told to move and given warnings, but I did not move, and was then arrested.

3. I intend to engage in protests at other locations in the District of Columbia similar to the April 13, 2012 protest which resulted in my arrest. At these future protests, I intend to be stationary on a sidewalk, but not in such a way that I am completely blocking the sidewalk. I further intend to disobey any illegal or unconstitutional

1

dispersal order. I fear that such actions will lead to my arrest, prosecution, and conviction.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 11, 2013.

                                                                      _____
                                                                      Brian Eister