UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL JEWLER, *et al.*,

    PLAINTIFFS

vs.

DISTRICT OF COLUMBIA, *et al.*,

    DEFENDANTS

Civil Action No. 1:12-cv-1843 (RWR)

## **DECLARATION OF SAMUEL JEWLER**

I, Samuel Jewler, state as follows:

1. On April 13, 2012, I was arrested for Blocking Passage while I was sitting on the sidewalk outside of a Bank of America branch at 1090 Vermont Ave., NW, Washington, DC as part of a protest.

2. I and other protesters were sitting in a row parallel and immediately next to the outer wall of the building. We were taking up approximately 2.5' of the approximately 40' width of the sidewalk. I was holding a cardboard sign on which a political message was written. I was told to move and given warnings, but I did not move, and was then arrested.

3. I have been chilled and deterred from engaging in conduct similar to that which resulted in my arrest at the April 13, 2012 protest because I fear that I would be arrested, prosecuted, convicted, and incarcerated for such conduct.

4. Because of the vagueness of the Blocking Passage law, I do not know what conduct law enforcement will consider to be "crowd[ing], obstruct[ing], or incommod[ing]" a sidewalk. As a result, it is impossible for me to know whether I would have to comply with an order to disperse at any First Amendment assembly in which I remained stationary on a sidewalk without completely blocking the sidewalk. Because I do not want to face the choice between obeying an unconstitutional dispersal order and being unconstitutionally arrested, I have and, until the Blocking Passage law is struck down, will continue to abstain from attending First Amendment assemblies in which the protesters are planning to remain stationary on a sidewalk.

5. Although I presently am deterred from attending protests in which protesters remain stationary on the sidewalk but do not completely block the sidewalk, I would resume engaging in such activity if the Court clarified or struck down the Blocking Passage law.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 11, 2013.

*[signature]*
Samuel Jewler