# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL JEWLER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Civil Action No. 12-1843 (PLF) |

## ORDER

This matter is before the Court on Defendant Bank of America, N.A.'s and Defendant Joseph Massey's (collectively, the "Bank Defendants") Motion to Dismiss the First Amended Complaint (ECF No. 48) and Defendant John Akridge Company's, Defendant Philip J. McGovern's, Defendant Kathleen McKeon's, and Defendant Judy Oakley's (collectively, the "Akridge Defendants") Motion to Dismiss the First Amended Complaint (ECF No. 51).  After consideration of the briefs filed in support of and in opposition to the motions, the oral argument presented by counsel at the hearing on June 9, 2016, and for the reasons stated from the bench, it is hereby

**ORDERED** that the Bank Defendants' Motion to Dismiss the First Amended Complaint (ECF No. 48) is GRANTED WITH PREJUDICE; it is

**ORDERED** that the Akridge Defendants' Motion to Dismiss the First Amended Complaint (ECF No. 51) is GRANTED WITH PREJUDICE; it is further

2

**ORDERED** that the Bank Defendants and the Akridge Defendants are hereby DISMISSED FROM THIS CASE WITH PREJUDICE.

This the ____ day of _____, 2016.

                                                Judge Paul L. Friedman
United States District Court
for the District of Columbia