UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SAMUEL JEWLER, et al., )
)
    Plaintiff, )
)
v. ) Civil Action No. 12-1843 (PLF)
)
DISTRICT OF COLUMBIA, et al., )
)
    Defendant. )

---

ORDER

For the reasons stated at the motions hearing held on June 9, 2016, and in the interests of justice, it is hereby

ORDERED that Count VII of plaintiffs' First Amended Complaint [Docket No. 16] is DISMISSED WTHOUT PREJUDICE; it is

FURTHER ORDERED that Count IV of plaintiffs' First Amended Complaint [Docket No. 16] is DISMISSED WITHOUT PREJUDICE, as it relates to the District of Columbia only; it is

FURTHER ORDERED that plaintiffs may amend their pleadings in accordance with FED. R. CIV. P. 15 by July 15, 2016; and it is

FURTHER ORDERED that defendants shall respond to any amended pleadings filed pursuant to this Order on or before August 15, 2016.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: June 21, 2016    United States District Judge