UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SAMUEL JEWLER, et al.,              )
                                    )
            Plaintiff,              )
                                    )
        v.                          )     Civil Action No. 12-1843 (PLF)
                                    )
DISTRICT OF COLUMBIA, et al.,       )
                                    )
            Defendant.              )
_____)


ORDER

This matter came before the Court on Defendant Bank of America, N.A.'s and Defendant Joseph Massey's (collectively, the "Bank Defendants") Motion to Dismiss the First Amended Complaint [Docket No. 48] and Defendant John Akridge Company's, Defendant Philip J. McGovern's, Defendant Kathleen McKeon's, and Defendant Judy Oakley's (collectively, the "Akridge Defendants") Motion to Dismiss the First Amended Complaint [Docket No. 51]. After consideration of the briefs filed in support of and in opposition to the motions, the oral argument presented by counsel at the hearing on June 9, 2016, and for the reasons stated from the Bench, it is hereby

ORDERED that the Bank Defendants' Motion to Dismiss the First Amended Complaint [Docket No. 48] is GRANTED; it is

FURTHER ORDERED that the Akridge Defendants' Motion to Dismiss the Frist Amended Complaint [Docket No. 51] is GRANTED; and it is

FURTHER ORDERED that the Bank Defendants and the Akridge Defendants are hereby DISMISSED from this case WITH PREJUDICE.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: June 21, 2016         United States District Judge