UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL JEWLER, *et al.*,                    )
                                            )
              PLAINTIFFS                    )   Civil Action No. 1:12-cv-1843 (PLF)
       vs.                                  )
                                            )
DISTRICT OF COLUMBIA, *et al.*,             )
                                            )
                                            )
              DEFENDANTS                    )
                                            )
_____      )

## ORDER

Before the Court is Plaintiffs' motion for final judgment pursuant to Fed. R. Civ. Pro.

Rule 54(b), with respect to defendants Bank of America, N.A. and Joseph Massey ("Bank

defendants") and defendants The John Akridge Company, Phillip McGovern, Kathleen

McKeon, and Judy Oakley ("Akridge defendants.") The Court finds that there is no just

reason for delay and accordingly GRANTS Plaintiffs' motion and enters final judgment

in favor of the Bank defendants and Akridge defendants pursuant to Fed. R. Civ. Pro.

Rule 54(b).

The Court finds that both efficiency and the balance of equities tilt in favor of

granting Plaintiffs' motion. The claims against the Bank and Akridge defendants are

separable from the claims remaining to be adjudicated, and entering judgment at the

present time would not result in duplicative appeals on the same or similar issues.

Further, the Court finds that delaying an appeal of the decision for the Bank and Akridge

defendants until the end of the entire case would result in a significant waste of resources

if the appellate court ultimately reverses the order dismissing these defendants. Finally,

the equities of this case weigh in favor of permitting Plaintiffs an opportunity for an

immediate appeal, given the potentially lengthy delay which could be involved in litigating the remainder of the case.

Therefore, it is this _____ day of _____ ordered that Plaintiffs' motion is GRANTED and final judgment is entered in favor of the Bank defendants and Akridge defendants.

_____
Hon. Paul L. Friedman
U.S. District Judge